## Update

From: Raymond Repinski (rsrtaxcpa@gmail.com)

To: jong@swbell.net

Date: Thursday, December 22, 2022 at 01:42 PM PST

Jon,

- I am going out of town next week
- AB and I have come up with a plan for you - a different approach
- Time is of the essence and year-end is approaching
- If you want to hear me out, you should call me.
- I think this is very good news for you.

Best,

--
Raymond Repinski, CPA
RSR Accounting
10460 Roosevelt Blvd. #184
St. Petersburg, FL 33716
Cell: 727-294-6600, 800-396-8740, Fax: 866-717-6712.
Schedule a Free 30-Minute Consultation, Click Link Here
calendy.com/rsrtax770

