| Internal ID | * | Date | Type | Document Number | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|---|---|
| 220186 | * | 4/11/23 | Bill Payment | 00000195/1 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000195/1 | -25,000.00 |
| 235245 | * | 5/25/23 | Bill Payment | 00000213/33 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000213/33 | -25,000.00 |
| 246566 | * | 6/23/23 | Bill Payment | 00000225/1 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000225/1 | -25,000.00 |
| 251994 | * | 7/6/23 | Bill Payment | 00000231/35 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000231/35 | -25,000.00 |
| 254215 | * | 7/20/23 | Bill Payment | 00000237/32 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000237/32 | -25,000.00 |
| 260752 | * | 8/4/23 | Bill Payment | 00000248/53 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000248/53 | -25,000.00 |
| 263396 | * | 8/16/23 | Bill Payment | 00000251/21 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000251/21 | -25,000.00 |
| 278410 | * | 10/2/23 | Bill Payment | 00000272/3 | VEND0002376 Osseo LLC | 1000 Rockland Trust-6348 | 00000272/3 | -25,000.00 |
| | | | | | | | | -200,000.00 |



EXHIBIT H