Report generated by
**gusto**

Blue Water Vaccines, Inc
201 E Fifth St.
Suite 1900
Cincinnati, OH 45202

# Contractor Payments Report

Date Range: 01/01/2023 - 12/31/2023  Payments Made: 12  Report Created On: 12/21/2023

| Contractor Name | Payment Method | Date | Total Amount |
| --- | --- | --- | --- |
| Artas LLC Finance | Direct Deposit XXXX1425 | 03/21/2023 | $174,000.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 03/28/2023 | $90,625.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 03/30/2023 | $369,750.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 04/21/2023 | $36,250.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 07/17/2023 | $90,625.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 08/30/2023 | $72,500.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 09/01/2023 | $18,125.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 09/11/2023 | $5,298.03 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 09/15/2023 | $18,125.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 09/22/2023 | $9,470.61 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 10/02/2023 | $18,125.00 |
| Artas LLC Finance | Direct Deposit XXXX1425 | 10/06/2023 | $72,500.00 |
| **All Contractors** | | 03/21/2023 - 10/06/2023 | $975,393.64 |

EXHIBIT I