Update

From: Jacob Edelman (je407036@gmail.com)

To: jong@swbell.net

Date: Saturday, April 1, 2023 at 08:06 AM PDT

- See attached.


--
Jacob Edelman
Attorney at Law
3621 W. Kennedy Blvd.
Suite 600
Tampa, Fl. 33609
(813) 389-2703


Accounting Services.pdf
977.2kB


EXHIBIT J

**Note: We agreed to a fee of $8,970 (Including Out of Pocket Expenses) to Set Up Two Bank Accounts
You have paid $6,600 so far and therefore have a balance due of $2,370.00. If you received the money,
then these bank accounts are saving you hundreds of thouands of dollars and we would appreciate the prompt
payment of these fees. If you did not ever receive the money you expected, the we agree to waive the remaining
amout due because you received no benefit. Please call us if you have any questions.**

| | | | | |
|---|---|---|---|---|
| Time Spent by Accountemps | | | 37.75 | Hours |
| Total Agreed Upon Set-Up Fee | | | $ 8,970.00 | (Attached) |
| Less Payments | | | | |
| Installment #1 | 12/28/2023 | | (1,300.00) | |
| Installment #2 | 1/5/2023 | | (2,500.00) | |
| Installment #3 | 1/26/2023 | | (200.00) | |
| Installment #4 | 2/5/2023 | | (2,600.00) | |
| Total Prepayments | | | (6,600.00) | |
| **Total Due and Payable** | | | **$ 2,370.00** | |

Cost Break-Down:
Out of Pocket Expenses

| | | | | |
|---|---|---|---|---|
| Cell Phone | 12/30/2022 | Cash | 72.38 | |
| Delaware LLC - A | 1/6/2023 | BOA | 190.00 | |
| Delaware LLC - 0 | 1/9/2023 | BOA | 190.00 | |
| Fed Ex Charge - A | 1/9/2023 | BOA | 45.25 | |
| Fed Ex Charge - 0 | 1/12/2023 | BOA | 45.25 | |
| Post Office Box - A | 1/9/2023 | BOA | 83.00 | |
| Post Office Box - B | 1/10/2023 | BOA | 78.00 | |
| Total Out of Pocket Expenses | | | $ 703.88 | |
| Fees to Accountemps | | | $ 8,266.12 | |
| Total Fee | | | $ 8,970.00 | |