Osseo Llc    Profile & Settings    Sav

# Business Advantage 360

| Accounts | Payments & Invoicing | Transfer | Zelle® | Business Services | Offers & Deals | Tools & Investing | Security Center | Open an Account |

**Osseo Llc**    o****e@gmail.com | Update Profile | Security Center

You've been enjoyi
Preferred Rewards
Business since Se[

My summary

### Launch Cash Flow Monitor
Get trends and analysis across accounts and manage your future projected cash flow.

### Manage Connected Apps
Connect QuickBooks Online, ADP Payroll, Google Analytics and more for deeper insights.

## Business accounts[a]

**Osseo LLC -**     $120,234.00
Quick View        Your business card offer!

## Personal accounts[a]

**12M Flexible CD -**     $50,328.94
Quick View

**12M Flexible CD -**    $30,100.13
Quick View

## Investment accounts

Merrill has a workplace retirement plan that's right for you, whether you're the only one working for your business or you're considering your employees' needs too. Explore plans >>

Create a link to your Personal or Small Business account

Open a new account


EXHIBIT L

**Bank of America**  Online B

## 12M Flexible CD - ●●●●

**Summary**
Current balance: $50,328.94
Date opened: 09/06/2023
Term: 12 months
NOTE: a penalty for early withdrawal may apply

**Services**
View current CD rates

### Account details as of 12/02/2023

| | |
|---|---|
| Nickname: | 12M Flexible CD - ●●●● Edit |
| Account number: | 91000171870958 Hide |
| Current balance: | $50,328.94 |
| Date opened: | 09/06/2023 |
| Term: | 12 months |
| Next maturity date: | 09/06/2024 |

### Deposit

| | |
|---|---|
| Beginning balance this term: | $0.00 |
| Last renewal date: | Not available |

### Interest

| | |
|---|---|
| Interest rate: | 3.93% |
| Annual percentage yield: | 4.00% |
| Interest earned not paid: | $151.73 |
| Interest paid last year: | $0.00 |
| Interest withheld for taxes this year: | $0.00 |
| Interest withheld for taxes last year: | $0.00 |

# Bank of America

Online B

## 12M Flexible CD - 49▓▓0

**Summary**
Current balance: $30,100.13
Date opened: 10/24/2023
Term: 12 months
NOTE: a penalty for early withdrawal may apply

**Services**
View current CD rates

### Account details as of 12/02/2023

| | |
|---|---|
| Nickname: | 12M Flexible CD - ▓▓▓▓ Edit |
| Account number: | 91000172024910 Hide |
| Current balance: | $30,100.13 |
| Date opened: | 10/24/2023 |
| Term: | 12 months |
| Next maturity date: | 10/24/2024 |

### Deposit

| | |
|---|---|
| Beginning balance this term: | $0.00 |
| Last renewal date: | **Not available** |

### Interest

| | |
|---|---|
| Interest rate: | 3.93% |
| Annual percentage yield: | 4.00% |
| Interest earned not paid: | $32.41 |
| Interest paid last year: | $0.00 |
| Interest withheld for taxes this year: | $0.00 |
| Interest withheld for taxes last year: | $0.00 |



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

OSSEO LLC
2150 WEST 117TH STREET
CLEVELAND, OH 44111

BANK OF AMERICA
Preferred Rewards
for Business

Customer service information

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 24674
Columbus, OH 43017-4674

# Your Business Advantage Fundamentals™ Banking
# Preferred Rewards for Bus Platinum Honors

for November 1, 2023 to November 30, 2023    Account number: ▓▓▓▓▓▓▓▓▓▓
**OSSEO LLC**

## Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2023 | $120,234.00 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 30, 2023** | **$120,234.00** |

# of deposits/credits: 0
# of withdrawals/debits: 0
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $120,234.00

[1] Includes checks paid, deposited items and other debits

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or scan this code




When you use the QR feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

OSSEO LLC | Account # ▓▓▓▓▓▓▓▓▓▓ | November 1, 2023 to November 30, 2023

# IMPORTANT INFORMATION:
# BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation


Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA 

# Your checking account

OSSEO LLC | Account # ▮▮▮▮▮▮▮▮▮ | November 1, 2023 to November 30, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 10/31/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 11/01 | 120,234.00 |

---

**BUSINESS ADVANTAGE**

### View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

OSSEO LLC  |  Account # ▓▓▓▓▓▓▓▓▓▓  |  November 1, 2023 to November 30, 2023

Page 7 of 8

This page intentionally left blank

This page intentionally left blank